**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1151**

THERESA B. BRADLEY,

              Plaintiff – Appellant,

        v.

ARTERY CUSTOM HOMES, LLC; JAFFAR AHMAD, individually;
BENNETT GOLDBERG, individually; DONNA VAUGHN, CPA,
individually; SNYDER, COHN, COLLYER, HAMILTON & ASSOCIATES
PC, d/b/a CPA Help; BEALE PERSONNEL, INCORPORATED,

              Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:08-cv-00539-PJM)

Submitted:  July 23, 2009              Decided:  July 27, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Theresa B. Bradley, Appellant Pro Se.   Charles H. Fleischer,
OPPENHEIMER, FLEISCHER & QUIGGLE, PC, Bethesda, Maryland; Mark
Anthony Kozlowski, ECCLESTON & WOLF, PC, Hanover, Maryland; Ali
Abed Beydoun, CARR & MALONEY, PC, Washington, D.C., for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theresa B. Bradley appeals the district court's order granting the Appellees' motion to dismiss Bradley's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bradley v. Artery Custom Homes, LLC, No. 8:08-cv-00539-PJM (D. Md. Jan. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED